JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
HALL, COLLEEN

**(b)** County of Residence of First Listed Plaintiff: Suffolk
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert M. Josephs (617) 522-3200
705 Centre St, Suite 3, Jamaica Plain, MA 02130

## DEFENDANTS
MONTEREY FINANCIAL SERVICES, LLC

County of Residence of First Listed Defendant: SUFFOLK
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 480 Consumer Credit (15 USC 1681 or 1692)

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Fair Debt Collection Practices Act 15 USC Section 1692
Brief description of cause: Fair Debt Collection Practices Act and M.G.L. ch. 93A

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: 04/14/2021
SIGNATURE OF ATTORNEY OF RECORD: /s/ Robert M. Josephs  BBO# 628655